PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

FILED
U.S. DIST. COURT
MIDDLE DIST...
2011 NOV -7 PM 1:50

BY DEPUTY CLERK

for

Middle District of Louisiana

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George Woods                                Case Number: 3:08CR00161-001

Name of Sentencing Judicial Officer: Honorable Ralph Tyson

Date of Original Sentence: 07/08/2004

Original Offense:

Distribution of Cocaine Base

Original Sentence: 144 months imprisonment with 5 years supervised release

Type of Supervision: Supervised release        Date Supervision Commenced: 11/21/2011

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☑ To modify the conditions of supervision as follows:

Remove special condtion #2;

"The defendant shall reside for a period of six motnths to commence at the Ecumenical House in Baton Rouge, Louisiana, upon release from imprisonment and shall observe the rules of that facility".

Prob 12B
(7/93)

## CAUSE

Mr. Woods has secured a residence and employment and has maintained compliance with the Ecumenical House rules and regulations. We feel Mr. Woods is no longer in need of additional halfway house time.

Respectfully submitted,

by Shantele H. LeDoux
U.S. Probation Officer
Date: 11/03/2011

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

11-4-2011
Date